1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bob L. Hanks, ) | No. CV 05-2275 PHX NVW |
| ) | |
| Plaintiff, ) | No. CV 05-2692 PHX EHC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Angela K. Andrews, et al., ) | |
| ) | |
| Defendants. ) | |
| Bradley W. Kennedy, DDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Angela K. Andrews, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court are Defendants' Joint Motions to Consolidate Pursuant to LRCiv 42.1(a) (doc. #49 in CV 05-2275 and doc. #28 in CV 05-2692). The motions seek consolidation of Case No. CV 05-2275-PHX-NVW and Case No. CV 05-2692-PHX-EHC pursuant to Fed. R. Civ. P. 42(a) or transfer under LRCiv 42.1(a) of the later filed case to the undersigned judge. The two cases meet the requirements for either consolidation or transfer. Both cases "arise from substantially the same transaction or event . . . involve substantially the same parties or property . . . call[] for determination of substantially the same questions

1  of law [and] . . . would entail substantial duplication of labor if heard by different Judges."
2  LRCiv 42.1(a).

3      IT IS THEREFORE ORDERED that Defendants' Joint Motions to Consolidate
4  Pursuant to LRCiv 42.1(a) (doc. # 49 in CV05-2275 and doc. #28 in CV05-2692) are granted
5  to the extent that Case No. CV 05-2692-PHX-EHC is transferred to the undersigned judge
6  pursuant to LRCiv 42.1(a). The cause number of the transferred case is changed to No.
7  CV 05-2692-PHX-NVW.

8      DATED this 16th day of November, 2005.

                  _/s/ Neil V. Wake_
                  Neil V. Wake
                  United States District Judge