**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley W. Kennedy, ) | CV 05-2692 PHX  NVW |
| )  Plaintiff, ) | **ORDER** |
| vs. ) | |
| Angela K. Andrews, et al., ) | |
| )  Defendants. ) | |

Before the court is the Maricopa County Defendants' Motions to Stay Discovery (docs. #41 and 39) and Plaintiff's Response (doc. # 50). The time to file a reply has expired. The Defendants' motions request a stay of discovery until determination of the pending motions to dismiss. Because there is serious question as to whether this action is properly brought in this court, the motion will be granted. The court contemplates ruling promptly on the pending motions to dismiss.

Also before the court is Plaintiff's Motion to Strike Defendant's Pleading (doc. # 33), which seeks to strike Defendant Hentoff's Motion to Dismiss (doc. # 4) on the ground the that defendant did not serve his motion upon Plaintiff by mail. Plaintiff admits he received a copy of the motion from other sources, so there is no prejudice to Plaintiff. The motion will be denied. To the extent document # 33 contains other briefing in response to document # 4, the court will consider it in later ruling on document # 4.

1       Also before the court are Plaintiff's Response to County Defendants' Motion to
2  Dismiss and Objection Plaintiff Seeks Leave of Court to Exceed the Number of Pages for
3  His Response for Cause (doc. # 36), of 31 pages length, and an identically titled paper
4  (doc. # 37) of 28 pages in length.  The court takes both to be tendered over-length
5  responses to the County Defendants' Motion to Dismiss (doc. # 27).  The length of the
6  responses is unjustified.  The request for leave to exceed the page limit (doc. # 36) will be
7  denied, and documents # 36 and 37 will be stricken.

8       IT IS THEREFORE ORDERED that the Maricopa County Defendants' Motions to
9  Stay Discovery (docs. #41 and 39) are granted.

10      IT IS FURTHER ORDERED that all discovery in this action is stayed until
11 determination of the pending motions to dismiss.

12      IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Defendant's Pleading
13 (doc. # 33) is denied.

14      IT IS FURTHER ORDERED that Plaintiff's Response to County Defendants'
15 Motion to Dismiss and Objection Plaintiff Seeks Leave of Court to Exceed the Number of
16 Pages for His Response for Cause (doc. # 36) is denied and documents # 36 and 37 are
17 stricken.  Plaintiff may file a substitute response within the page limits by December 5,
18 2005.

19      DATED this 18th day of November, 2005.

_____
Neil V. Wake
United States District Judge